IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *Jackie Taylor et al.* | |
| Plaintiffs, | |
| v. | Case No. 2:20-cv-02238-HLT-ADM |
| *Jay Allen M.D. et al.* | |
| Defendants. | |

**MOTION BY THE AMERICAN CIVIL LIBERTIES UNION OF KANSAS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS**

In accordance with Local Rule 7.1, the American Civil Liberties Union of Kansas ("ACLU-KS") requests leave to file the attached *amicus curiae* brief in support of Plaintiffs. Plaintiffs have consented to the filing of the brief; Defendants have not informed *amicus* of their position.

ACLU-KS is a non-profit and non-partisan organization dedicated to preserving and advancing the civil rights and legal freedoms of Kansans guaranteed by the United States Constitution and the Bill of Rights. ACLU-KS has approximately 9,000 members in Kansas including several in Linn County.

As the attached brief explains, Linn County's May 1, 2020 order violates the Fourth Amendment of the U.S. Constitution. For the foregoing reasons, the proposed *amicus* respectfully requests that the Court grant this motion to file the attached *amicus* brief.

Dated: May 14, 2020

Respectfully Submitted,

**ACLU FOUNDATION OF KANSAS**

/s/   Lauren Bonds
LAUREN BONDS, KS Sup. Ct. No. 27807
ZAL K. SHROFF, KS Sup. Ct. No. 28013
ACLU FOUNDATION OF KANSAS
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4110
Fax: (913) 490-4119
lbonds@aclukansas.org
zshroff@aclukansas.org

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 14th day of May, 2020, which will send a notice of electronic filing to all attorneys of record.

/s/ Zal K. Shroff
Zal K. Shroff