

# Linn County Health Department

902 Main, PO Box 456 Pleasanton, KS  66075

Ph. 913-352-6640   Fax 913-352-6730



# ORDER of the Linn County Public Health Officer
## May 17, 2020:  3:00 PM
### Phase 1.5

Emergency Public Health Order issued on this 15th day of May 2020 to mitigate the spread of the Coronavirus (COVID-19) epidemic in Linn County, Kansas, pursuant to the authority provided in K.S.A. § 65-119, K.S.A. § 65¬129b and K.S.A. § 65-202 and other applicable laws or regulations. This Order supersedes and replaces the May 1, 2020, Emergency Public Health Order, and will be a supplement to the Governor's Executive Order 20 - 32 31 which Linn County will follow as required.

## Section One:  Definitions

A. For purposes of this Order, Social Distancing Requirements means maintaining at least six-foot social distancing from other individuals, washing hands with soap and water for at least twenty seconds as frequently as possible or using hand sanitizer when soap and water is not available, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

B. Mass gatherings are defined as instances in which individuals are in one location and unable to maintain 6 feet of distance between individuals (not including individuals who reside together) with only infrequent or incidental moments of closer proximity.

C. COVID-19 Coronavirus symptoms include (but are not limited to) fever, cough, shortness of breath, sore throat, headache, chills, aches, fatigue, loss of smell or taste, nausea/vomiting, diarrhea.

## Section Two: Restricted Activities

For purposes of this Order, individuals are ordered to restrict activities. People at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence except as necessary to seek medical care.  If you think you are at high risk or currently ill, call (913) 795-7302 M-F from 8:00 AM to 4:00 PM to determine if you are eligible for essential needs assistance.

A. **REDUCE ACTIVITIES**
All individuals are urged to refrain from activities that place them in close contact with others outside of their own household.

To the extent possible, caregivers should ensure that their children are not gathering or playing in close contact with other children outside their household. People at high risk of severe illness from COVID-19 are urged to stay in their residence, except as necessary to seek medical care.  Individuals who are sick may leave their residence only as necessary to seek or receive medical care in accordance with guidance from public health officials.  All individuals are encouraged to exercise Social Distancing requirements,

Exhibit 1

to the extent possible.

All nonessential travel should be minimized or avoided.

B. **BUSINESSES AND LOCATIONS**
For purposes of this Order, if open to the public, the following Businesses and Locations are required to take proactive measures to ensure compliance with Required Business Practices listed in Appendix A of this order in addition to all requirements of the Governor's Executive Order 20-31.

All businesses must maintain social distancing and continue to strive to reduce in-person contacts as much as possible. We further recommend that Businesses attempt to use curb-side services, or delivery, if applicable and avoid having customers in-store whenever possible:

The following businesses may continue to operate with the same guidelines previously required in addition to the requirements of Appendix A of this Order and all requirements of EO 20-31:

- **Food Supply, such as Grocery Stores, General Stores, Etc.**
- **Food Cultivation, including Farming, Livestock, and Commercial Fishing**
- **United States Postal Services and Other Shipping Services**
- **Schools/Educational Facilities**
- **Convenient Stores, Gas Stations, Auto-Supply, Auto-Repair, Emergency Road Services and Related Services and Facilities**
- **Utility, Water and Sewer Providers**
- **Funeral Homes** – Must maintain mass gathering and social distancing requirements as appropriate.
- **Churches** – Must maintain social distancing and mass gathering requirements as appropriate. Churches are encouraged to continue online, drive-in, radio and other telecommunications tools whenever possible.
- **Laundromats**
- **Information Technology Essential Services (Internet/Cell Phone)**
- **Manufacturing**
- **Public park spaces, trails, and golf courses, provided social distancing and mass gathering criteria are met. Playground equipment use is prohibited.** – Golfers should avoid removing green flags, using ball cleaners and other high-touch items while playing golf.
- **Linn County Park** – Linn County Park shall be open on a limited basis subject to the separate terms of the Linn County Park Opening Plan

Where applicable, the following businesses are encouraged to continue curb-side pick-up only. Curb-side services do not require Contact Tracing Records to be kept as outlined below. However, in-store customers are allowed but shall be by appointment/reservation only. To enable notification of individuals who might have come into contact with a person who has been diagnosed with COVID-19, it is required that the below listed businesses keep records of the following information regarding each in-store customer: Customer Name, Phone Number, Date of Visit, Arrival Time and Departure Time. If more than 1 person is in the group, the names and telephone numbers of each person in the party must be recorded (unless they reside in the same household, in which one phone number will suffice). Such information/records must be retained by the business for a minimum of thirty (30) days. If an infection is traced to a customer or employee of one of these businesses, the Linn County Public Health Department may request that the business voluntarily provide these records for the

date(s) that person was at the business strictly and solely for the purpose of contact tracing and notification. If a business declines to voluntarily provide the requested records to the Linn County Public Health Department, nothing in this order shall be deemed to prohibit or limit the ability to obtain the records via a judicial search warrant or other legal process. These businesses must also follow the Governor's requirements and guidelines in Executive Order 20-31 and with the additional requirements of Appendix A of this Order:

- **All licensed and lawfully operated medical service provider offices providing human and/or animal health care, including but not limited to: clinics, veterinary clinics, chiropractic clinics, physical therapy clinics, optometrists' offices, dental offices and pharmacies.** – Proper medical practices should be followed.
- **Local Government Essential Services** - Local governmental operations in public buildings may begin to reopen. Offices should develop site-specific plans to aid in protecting employees and the public to help prevent COVID-19 spread. All workers and visitors should be pre-screened prior to entry.
- **Banks**
- **Agricultural Businesses**
- **Pet Grooming and Boarding** – Proper cleaning/disinfecting between clients.
- **Parts Stores/Lumber Yards/Hardware Stores**
- **Restaurants** – In restaurant dining may be permitted provided the mass gathering limit is not exceeded and social distancing requirements of EO 20-31 are met. Reservations must be used following the requirements described above. Walk-in customers shall not be permitted without a reservation. Carry-out, curb-side pickup and delivery options are still encouraged and do not require Contact Tracing Records to be kept for those services.
- **Bars** – Bars may continue to provide curbside and carryout services only per the Governor's Executive Order 20-31 and do not require contact tracing.
- **Other Retail Sales** – Examples include, but not limited to liquor stores, sports & outdoor stores, craft shops, boutiques, pawn shops and other similar business types.
- **Barber/Beauty Shops** – Must have only one customer per Barber/Stylist, provided social distancing can be achieved between workstations, and each work area shall be cleaned/sanitized between clients. Proper time shall be given between appointments to allow for proper cleaning activities. Employee(s) and clients should wear masks when services are being provided. Clients, not of same household should remain in vehicles. Lobbies and waiting areas should not be used unless 6-foot social distancing can be maintained.
- **Fitness Centers/Gyms** – Must comply with mass gathering requirements and maintain social distancing, and equipment should be cleaned/sanitized by an employee after each use before it is used by another individual. Employee(s) must be on-site at all times when facility is open for business. Clients should wear masks while exercising. Clients should be by appointment only to maintain/manage social distancing and allow time for equipment sanitization.
- **Libraries** – Shall maintain social distancing and mass gathering requirements and shall not allow more than ½ the legal occupant load into the Library at any time. Should consider/develop a plan for sanitizing books, reading areas, etc.
- **Day Care Facilities** - Childcare facilities providing services shall follow the guidelines of KDHE and all requirements of the Governors Executive Order 20-31 for Phase 1.5.
- **Misc. Service Providers** – Examples of this business type are accountants, insurance offices, attorneys, realtors and similar business types. Businesses must maintain social distancing and mass gathering requirements and meeting areas, vehicles, etc. must be cleaned/sanitized as appropriate after each client.

**Section Three.** We recognize the fact that many of the businesses and government entities operating in Linn County are unique in how they operate. We also recognize it is not possible for us to account for every business type in our Local Health Orders. With that in mind, we would like to provide any business or government entity the opportunity to develop a plan that would be specific to that entity.

Any government or business entity in Linn County who wishes to develop a plan specific to their operations may choose to develop such plan and submit it to the Linn County Local Health Officer (LHO) through the Linn County Office of Emergency Management or Linn County Public Health Department for consideration, review and approval. Once the plan is approved by the LHO it shall replace the current general order of the LHO for the current reopening Phase as determined by the Governor. Each approved site-specific plan will be applicable to the specific reopening Phase the site-specific plan is approved for. At any time the Governor changes from one Phase of the Ad Astra Plan to any other phase of the Plan a new document or plan approval may be required. This plan would not replace or supersede any orders or other requirements of any Executive Order of the Governor or other authority with jurisdiction.

At a minimum, the plan should include details on how you plan to:
- Protect your employees
- Screen Employees before work
- Protect your Customers
- Perform Proper Cleaning & Disinfecting Activities
- Plan for Collecting Contact Tracing Data for In-Store Customers
- Plan for Employee Training, Implementation, & Process Monitoring

For questions call (913) 795-7302.

**Section Four.** Pursuant to K.S.A. 65-129b, any sheriff, deputy sheriff or other law enforcement officer of the state or any political subdivision within Linn County, Kansas is hereby ordered to assist in the execution or enforcement of this order.

**Section Five.** This Order is effective at 12:01 a.m. on Monday, May 18, 2020 and shall remain in effect until June 18, 2020 unless earlier amended, superseded, or rescinded. This order supplements Governor Kelly's Executive Order 20-31 for Phase 1.5 of the Ad Astra Plan for reopening. This order will be replaced by a new order to supplement the next Ad Astra Phase of Governor Kelly's Plan once that Phase is implemented.

**Section Six.** If there is a conflict between something in this order and Governor Kelly's Executive Order 20-31, that causes this order to be less restrictive than EO 20-31, the Governor's EO 20-31 shall take precedence over this local order.

This order shall be enforced pursuant to the terms of KSA § 65-127 and County Resolution 2020-07.

SO ORDERED, this 15th day of May 2020.

_____
Dr. Jay Allen, Linn County Local Health Officer

## Appendix A, Required Business Practices

**Outside the store:**
- Any business with a legal occupant load of over 50 people must put in place controls to ensure that the number of customers inside the store stays at a level that provides for the requirements of social distancing and current mass gathering requirements.
- If there is crowding, limit the number of customers allowed to enter the store. Staff an employee at the front door and, as one (1) customer leaves, allow another customer in.
- Post signs at the front door informing customers of occupancy limits.
- If carts or hand baskets are provided, place carts and hand baskets at the front of the store and clean handles before bringing them into the store or providing them to a customer or provide means for customers to sanitize their own carts.

**Inside the store:**
- At point-of-sale registers, limit the lines and post signs at each register urging customers to maintain a social distancing of six (6) feet.
- Provide shielding between customers and employees at registers
- Post social distancing signs and floor markings in key areas throughout the store.
- Place hand sanitizer available at every open register.
- Routinely clean the store and have soap and water available in restrooms.
- Customers and employees should wear masks at all times unless prohibited by use of other safety equipment requirements.

**Action Items:**
- Make alcohol-based hand sanitizer available for customers and other visitors.
- Require employees to stay home if they are sick.
- Observe and require social distancing measures.
- Routinely clean stores and increase spot cleaning of high traffic areas and restrooms, using CDC approved disinfectants.
- Screen workers for fevers and any symptoms of COVID-19 with a questionnaire at workplace entrance.
- Pre-Screen clients for COVID-19 symptoms prior to allowing entry.

**Questions**
Linn County Health Department
Information line 913-795-7302