In the United States District Court
for the
District of Kansas

| | |
|---|---|
| **Jackie Taylor;** **Linda Jo Hisel.** <br><br> Plaintiffs, <br><br> v. <br><br> **Jay Allen, M.D.,** in his official capacity as Linn County Heath Director; **The Board of County Commissioners of the County of Linn, Kansas.** <br><br> Defendants. | Civil Action No. 2:20-CV-02238 – HLT-ADM <br><br> Plaintiffs' Notice of Voluntary Dismissal Without Prejudice |

**Plaintiffs' Notice of Voluntary Dismissal Without Prejudice**

Whereas, Plaintiffs filed this action on May 10, 2020 (Doc. 1) challenging the local health order issued on May 1, 2020 (Doc 1-1) on the grounds that, among other things, it permitted warrantless searches and seizures of business records.

Whereas, on May 17, 2020, Defendant Jay Allen, M.D. issued a new health order (Doc. 22-1) superseding the May 1, 2020 Order (Doc. 1-1). According to its terms, the new health order became effective 12:01 a.m., Monday, May 18, 2020 and remains in effect until June 18, 2020 unless earlier amended, superseded, or rescinded.

Whereas, the new health order (Doc. 22-1) provides for the opportunity to object to any request for information, and if a business declines to voluntarily provide requested records, the Linn County Health Department has the burden of seeking a search warrant or other legal process if it wants information.

1

Therefore, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss without prejudice all claims brought in their Complaint.

|  |  |
|---|---|
|  | Kansas Justice Institute |
|  | By:  Samuel G. MacRoberts, 22781 |
| Dated: 5/18/20 | /s/ Samuel G. MacRoberts |
|  | Samuel G. MacRoberts |
|  | 12980 Metcalf Avenue, Suite 130 |
|  | Overland Park, Kansas 66213 |
|  | Sam.MacRoberts@KansasJusticeInstitute.org |
|  | (913) 213-5018 |
| Dated: 5/18/20 | /s/ Ryan Kriegshauser |
|  | Ryan A. Kriegshauser, 23942 |
|  | Kriegshauser Law, LLC |
|  | 15050 W. 138th Street, Unit 4493 |
|  | Olathe, KS 66063 |
|  | ryan@kriegshauserlaw.us |
|  | (913) 303-0639 |